IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CALVIN STEWART                                                              PLAINTIFF

v.                                   NO. 1:16CV00092 JM/PSH

TONI BRADLEY, et al.                                                      DEFENDANTS

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED 28th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE